```
                                IT IS HEREBY ADJUDGED
                                and DECREED this is SO
                                ORDERED.
```

**TIFFANY & BOSCO**
P.A.

Dated: January 07, 2010



**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50489/1193375395

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Eric Albert Haag, Martha Marie Haag<br>　　　　Debtors.<br>_____<br>J.P. Morgan Mortgage Acquisition Corp. C/O Chase Home Finance, L.L.C. as Servicing Agent.<br>　　　　Movant,<br>　vs.<br><br>Eric Albert Haag, Martha Marie Haag, Debtors, Constantino Flores, Trustee.<br><br>　　　　Respondents. | No. 2:09-BK-30834-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 16, 2006 and recorded in the office of the Maricopa County Recorder wherein J.P. Morgan Mortgage Acquisition Corp. C/O Chase Home Finance, L.L.C. as Servicing Agent. is the current beneficiary and Eric Albert Haag, Martha Marie Haag have an interest in, further described as:

> Lot 664, RANCHO SANTA FE PARCELS 16, 17 AND 18, according to Book 458 of Maps, Page 22, and Affidavit of Correction recorded at 99-834737, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT